# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Wieslaw Zajac
13715 W Carefree Drive
Homer Glen, IL 60491
SSN: xxx–xx–0606 EIN: N.A.

Case No. :   11–35678
Chapter :    7
Judge :      Bruce W. Black

Janina Zajac
13715 W Carefree Drive
Homer Glen, IL 60491
SSN: xxx–xx–0545 EIN: N.A.

---

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

   All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: November 28, 2011

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:
Wieslaw Zajac
Janina Zajac
    Debtors

Case No. 11-35678-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross    Page 1 of 2    Date Rcvd: Nov 28, 2011
                     Form ID: cxdsch7    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2011.
```
db/jdb       +Wieslaw Zajac,    Janina Zajac,    13715 W Carefree Drive,    Homer Glen, IL 60491-8657
17742156      Associated Recovery Systems,    PO BOX 469046,    Escondido, CA 92046-9046
17742157      Blatt, Hasenmiller Leibsker & Moore,    125 South Wacker Drive Suite 400,    Chicago, IL 60606-4440
17742158     +Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
17742159      Citi Cards,    P.O. Box 6000,    The Lakes, NV 89163-6000
17742162     +Global Credit Collection,    PO BOX 101928 Dept 2417,    Birmingham, AL 35210-6928
17742164     +John C Bonewicz, P.C.,    CO/ Washington Mutual Bank,    8001 N Lincoln Ave Suite 402,
               Skokie, IL 60077-3657
17742167     +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
17742166      PNC Bank,    PO BOX 856177,    Louisville, KY 40285-6177
17742168      Sears Credit Cards,    5049941400476401,    Columbus, OH 43218-3081
17742169     +United Collection Bureau,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17742160      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2011 04:33:55     Discover,    PO BOX 30943,
               Salt Lake City, UT 84130
17742165     +E-mail/Text: brenden.magnino@mcmcg.com Nov 29 2011 03:14:02     MCM,    PO BOX  603,
               Oaks, PA 19456-0603
17742170     +E-mail/Text: BKRMailOps@weltman.com Nov 29 2011 03:16:29     Weltman, Weinberg, & Reis,
               180 N  Lasalle Street Suite 2400,    Chicago, IL 60601-2704
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17742161    ##+FMA Alliance,   11811 North Freeway, Suite 900,    Houston, TX 77060-3292
17742163    ##Home Depot,    PO BOX 689100,    Des Moines, IA 50368-9100
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dross              Page 2 of 2           Date Rcvd: Nov 28, 2011
                              Form ID: cxdsch7         Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2011 at the address(es) listed below:
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Thomas B Sullivan   tsullivan@ggl-law.com, IL19@ecfcbis.com
          Tom  Makedonski   on behalf of Debtor Wieslaw Zajac info@teamlegalchicago.com, teamlegalbk@gmail.com

                                                                                                                                         TOTAL: 3