FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 15 2012

KENNETH S. GARDNER, CLERK
PS REP. - CA

Certificate Number: 05781-ILN-DE-016758704

Bankruptcy Case Number: 11-35678

05781-ILN-DE-016758704

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 3, 2011, at 11:47 o'clock AM PST, Janina Zajac completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: December 3, 2011    By: /s/Allison M Geving

Name: Allison M Geving

Title: President



Certificate Number: 05781-ILN-DE-016758703

Bankruptcy Case Number: 11-35678



05781-ILN-DE-016758703

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 3, 2011</u>, at <u>11:47</u> o'clock <u>AM PST</u>, <u>Wieslaw Zajac</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date: <u>December 3, 2011</u>    By:    <u>/s/Allison M Geving</u>

                               Name:  <u>Allison M Geving</u>

                               Title: <u>President</u>